# Third District Court of Appeal

## State of Florida

Opinion filed January 25, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1956
Lower Tribunal No. F21-19119
_____

**Bideau Jean,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Alberto Milian, Judge.

Bideau Jean, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed. See Baker v. State, 878 So. 2d 1236, 1241 (Fla. 2004)

(reaffirming well-established principles that "habeas corpus may not be used as a substitute for an appropriate motion seeking postconviction relief. . . . Nor can habeas corpus be used as a means to seek a second appeal or to litigate issues that could have been or were raised in a motion under rule 3.850") (citation omitted) (quoting Harris v. State, 789 So. 2d 1114, 1115 (Fla. 1st DCA 2001)); Beiro v. State, 289 So. 3d 511, 511 (Fla. 3d DCA 2019) (noting: "The mere incantation of the words 'manifest injustice' does not make it so.").